FILED

JUN 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) MAG NO. 3-05-70336 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER RE: TELEPHONE CALLS |
| JOSEPH YOUNG, | ) |
| Defendant. | ) |

Good cause appearing, the Sheriff of Alameda County is directed to permit the above named defendant to place two telephone calls to his family this date.

It is so ORDERED.

Dated: 6-1-05

Maria Elena James
United States Mag Judge

ORDER                                    1