1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Special Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-6917
7     Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,          )   No. CR 05-00406 WHA
                                      )
14        Plaintiff,                  )   STIPULATION AND [PROPOSED] ORDER
                                      )   AND EXCLUDING TIME FROM JULY 1,
15    v.                              )   2005 TO JULY 19, 2005 FROM THE
                                      )   SPEEDY TRIAL ACT CALCULATION
16 JOSEPH YOUNG,                      )   (18 U.S.C. § 3161(h)(8)(A))
                                      )
17        Defendant.                  )
                                      )
18

19     The parties appeared before the Court on July 1, 2005. With the agreement of the parties,

20 and with the consent of the defendant, the Court enters this order scheduling an initial appearance

21 date of July 19, 2005, at 2:00 p.m., before the Honorable William H. Alsup, and documenting the

22 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from July 1, 2005 to

23 July 19, 2005. The parties agreed, and the Court found and held, as follows:

24     1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant

25 the requested continuance would unreasonably deny both government and defense counsel

26 reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence, and would deny the defendant and the government continuity of counsel.

28 //

STIPULATION AND ORDER
CR 05 00406 WHA

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 1, 2005 to July 19, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 1, 2005 to July 19, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The defendant also agreed to waive his right to a detention hearing, without prejudice.

5. The Court scheduled an initial appearance date of July 19, 2005, at 2:00 p.m., before the Honorable William H. Alsup.

IT IS SO STIPULATED.

DATED: 7/5/05

TRACIE L. BROWN
Special Assistant United States Attorney

DATED: _____

MICHAEL BERGER
Attorney for Joseph Young

IT IS SO ORDERED.

DATED: 7/11/05

HON. ~~NANDOR VADAS~~  EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND ORDER
CR 05 00406 WHA                             2

1    2. Given these circumstances, the Court found that the ends of justice served by excluding
2    the period from July 1, 2005 to July 19, 2005, outweigh the best interest of the public and the
3    defendant in a speedy trial. Id. § 3161(h)(8)(A).
4    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
5    July 1, 2005 to July 19, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C.
6    § 3161(h)(8)(A) & (B)(iv).
7    4. The defendant also agreed to waive his right to a detention hearing, without prejudice.
8    5. The Court scheduled an initial appearance date of July 19, 2005, at 2:00 p.m., before the
9    Honorable William H. Alsup.
10   IT IS SO STIPULATED.

12 DATED: _____

TRACIE L. BROWN
Special Assistant United States Attorney

15 DATED: July 4, 2005

MICHAEL BERGER
Attorney for Joseph Young

17 IT IS SO ORDERED

19 DATED: _____

HON. NANDOR VADAS
United States Magistrate Judge

STIPULATION AND ORDER
CR 05 00406 WHA                               2

TOTAL P.03