UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05 0406 WHA |
| JOSEPH YOUNG ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the 29th of November, 2005, be continued until the 10th day of January, 2006 at 2:00 p.m.

Date: 11-7-05

_____
UNITED STATES DISTRICT JUDGE

kjg