BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 0153618)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6557
    FAX: (415) 436-6753
    laurie.kloster.gray@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-05-0406 WHA |
| Plaintiff, | UNITED STATES' MOTION AND ~~[PROPOSED]~~ ORDER TO DISMISS PETITION FOR ARREST WARRANT FOR OFFENDER UNDER SUPERVISION, FILED ON JULY 23, 2014 |
| v. | |
| GALE JOSEPH YOUNG, | |
| Defendant. | |

The United States, by and through its attorney, Laurie Kloster Gray, moves this Court to dismiss the pending petition for arrest warrant for offender under supervision ("Form 12 petition"), filed on July 23, 2014.  The United States makes this motion because, on March 9, 2016, the California Court of Appeals dismissed the murder charge that is the basis of the Form 12 petition against defendant.  A copy of the unpublished opinion is attached as Exhibit A.  Additionally, on October 5, 2016, a jury acquitted defendant of the other felony charges based on the incident.  The jury convicted defendant of misdemeanor assault, in violation of California Penal Code Section 240.  The San Francisco Superior Court Judge sentenced defendant to the maximum sentence of six months' incarceration and ordered that he be released as he had been in custody since July 22, 2014.

Based on these facts, the United States respectfully asks the Court to dismiss the pending Form

12 that was filed in this case on July 23, 2014.

DATED:  October 7, 2016                                     BRIAN J. STRETCH
                                                           United States Attorney


                                                  By:   ___/s/_____
                                                        LAURIE KLOSTER GRAY
                                                        Assistant United States Attorney


                                 **[PROPOSED] ORDER**

        For the reasons set forth above, the COURT GRANTS the United States motion to dismiss the
pending petition for arrest warrant for offender under supervision ("Form 12 petition"), filed on July 23,
2014.  The COURT ORDERS that the petition be dismissed.



DATED:  October  11, 2016                        _____
                                                 HON. WILLIAM ALSUP
                                                 United States District Judge